EXHIBIT "A"

# United of Omaha Life Insurance Company

a stock company

Insured     ERIC W BENTLEY

Policy Number BU1083350

Date of Issue    FEBRUARY 28, 2001

Face Amount     $1,000,000

Plan of Insurance     Term Insurance Annually Renewable To Age 95. Premiums are level and guaranteed for the first TWENTY years. Premiums will increase each year thereafter. After the TWENTIETH Policy Year, the Current Annual Premium is not guaranteed and is subject to change by United. However, the Current Annual Premium will never exceed the Guaranteed Maximum Annual Premium. This policy is convertible prior to the 75th birthday of the Insured.

This policy provides Level Death Benefit Term Life Insurance. Current premiums and guaranteed maximum premiums are shown on page 3. Premiums payable may be greater or less than the current premiums, but will never exceed the guaranteed maximums. Premiums are payable for the years shown on page 3. Riders, if any, are listed on page 3. No dividends are payable.

# Life Insurance Policy

United of Omaha Life Insurance Company will pay the death benefit of this policy to the beneficiary upon receipt at the Home Office of proof that the Insured's death occurred while this policy was in force.

**READ YOUR POLICY CAREFULLY**
It includes the provisions on the following pages.

THIS POLICY IS A LEGAL CONTRACT BETWEEN THE POLICYOWNER AND
UNITED OF OMAHA LIFE INSURANCE COMPANY

If you are not satisfied with your policy, return it to us or our agent within 10 days after you receive it. The premium paid will be refunded and your policy will be canceled as of the date any insurance became effective.

IF YOU HAVE ANY QUESTIONS, CALL
1-800-775-7894



United of Omaha
A Mutual of Omaha Company

_signature_ President

_signature_ Corporate Secretary

Home Office: Omaha, Nebraska
Life Brokerage Services
Mutual of Omaha Plaza (68175)
P.O. Box 2476
Omaha, Nebraska 68103

Form 6182L-0696

1658700000

## UNITED OF OMAHA LIFE INSURANCE COMPANY

### NOTICE

If the policy you purchased is a replacement of another policy, you will have 30 days to review the policy. If you are not satisfied, you may return the policy to us or our representative. The premium paid will be refunded and your policy will be canceled as of the date it became effective.

*[signature]*
Corporate Secretary

Form 3151L-1197

1659000000

## Table of Contents

| | page |
|---|---|
| POLICY DATA AND SCHEDULE OF BENEFITS | 3 |
| DEFINITIONS | 5 |
| **GENERAL PROVISIONS** | |
| The Contract | 5 |
| Incontestability | 5 |
| Misstatement of Age or Sex | 6 |
| Policy Dates | 6 |
| Nonparticipating | 6 |
| **EXCLUSION** | |
| Suicide | 6 |
| **PREMIUMS AND REINSTATEMENT** | |
| Consideration | 6 |
| Payment of Premiums | 6 |
| Renewal Privilege | 6 |
| Premium Redetermination | 7 |
| Grace Period | 7 |
| Nonpayment of Premiums | 7 |
| Reinstatement | 7 |
| Premium Refund at Death | 7 |
| **POLICYOWNER AND BENEFICIARY** | |
| Ownership | 7 |
| Beneficiary | 8 |
| Beneficiary Change | 8 |
| Change of Ownership and Assignments | 8 |
| **CONVERSION** | |
| Conversion Privilege | 8 |
| **PAYOUT OPTIONS FOR PAYMENT OF POLICY PROCEEDS** | |
| General Conditions | 9 |
| Payout Options | 9 |
| **TABLE** | |
| Lifetime Monthly Income Table | 11 |
| POLICY ATTACHMENTS | Following Page 11 |
| Riders, if any | |
| Amendments and Endorsements, if any | |
| Copy of the Application | |

Form 6182L-0696

California Complaint Notice

Should any dispute arise about your premium or about a claim you have filed with the company that issued the policy or certificate, write to the address listed below:

United of Omaha Life Insurance Company
Life Brokerage Services
P. O. Box 2476
Omaha, NE 68103

After the above contact, and if the problem is not resolved, you may also contact the California Department of Insurance.

Consumer Services Division
300 South Spring Street
Los Angeles, CA 90013

Telephone Number:   1-800-927-4357
L.A. Area:   1-213-897-8921

This notice of complaint procedures is for information only and does not become a part or condition of the life or annuity contract.

PLAN OF INSURANCE

Term Insurance Annually Renewable To Age 95 . Premiums are level and guaranteed for the first TWENTY years. Premiums will increase each year thereafter. After the TWENTIETH Policy Year, the current annual premium is not guaranteed and is subject to change by United. However, the Current Annual Premium will never exceed the Guaranteed Maximum Annual Premium. This policy is convertible prior to the 75th birthday of the insured.

| | | | |
|---|---|---|---|
| INSURED | ERIC W BENTLEY | | |
| POLICY NUMBER | BU1083350 | | |
| DATE OF ISSUE | FEBRUARY 28, 2001 | FACE AMOUNT | $1,000,000 |
| AGE AT ISSUE | 36 | SEX | MALE |
| EXPIRATION DATE | FEBRUARY 28, 2060 | | |
| POLICYOWNER | See Application Or Endorsement | | |
| BENEFICIARY | See Application Or Endorsement | | |
| RATE CLASSIFICATION | STANDARD | | |
| RISK CLASSIFICATION | PREFERRED NONTOBACCO | | |
| BILLING FREQUENCY | ANNUAL | | |
| METHOD OF PREMIUM PAYMENT SELECTED - ANNUAL | | | |

SCHEDULE OF BENEFITS

| FORM | BENEFIT | INITIAL ANNUAL PREMIUM | YEARS PAYABLE |
|---|---|---|---|
| 6182L-0696 | Life Insurance | $1,290.00* | 20 |
| | TOTAL INITIAL CURRENT ANNUAL PREMIUM | $1,290.00 | |

\* Current Annual Premiums are level and guaranteed for the first TWENTY policy years. Current Annual Premiums will increase each year thereafter, based on the Insured's attained age, sex, rate and risk classifications at the beginning of each renewal period. After the first TWENTY policy years, the Current Annual Premium is not guaranteed and is subject to change by United. However, the Current Annual premium will never exceed the Guaranteed Maximum Annual Premium.

Page 3 continued on next page

1661000000

## CURRENT PREMIUM BY METHOD OF PREMIUM PAYMENT

| Beginning As Of Mo - Day - Year | Annual | Semiannual | Quarterly | Bank Service Plan |
|---|---|---|---|---|
| 2 - 28 - 2001 | $1,290.00 | $670.80 | $354.75 | $114.81 |
| 2 - 28 - 2002 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2003 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2004 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2005 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2006 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2007 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2008 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2009 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2010 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2011 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2012 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2013 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2014 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2015 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2016 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2017 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2018 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2019 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2020 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2021 | 10,050.00 | 5,226.00 | 2,763.75 | 894.45 |
| 2 - 28 - 2022 | 11,030.00 | 5,735.60 | 3,033.25 | 981.67 |
| 2 - 28 - 2023 | 12,130.00 | 6,307.60 | 3,335.75 | 1,079.57 |
| 2 - 28 - 2024 | 13,360.00 | 6,947.20 | 3,674.00 | 1,189.04 |
| 2 - 28 - 2025 | 14,720.00 | 7,654.40 | 4,048.00 | 1,310.08 |
| 2 - 28 - 2026 | 16,240.00 | 8,444.80 | 4,466.00 | 1,445.36 |
| 2 - 28 - 2027 | 18,000.00 | 9,360.00 | 4,950.00 | 1,602.00 |
| 2 - 28 - 2028 | 19,980.00 | 10,389.60 | 5,494.50 | 1,778.22 |
| 2 - 28 - 2029 | 22,190.00 | 11,538.80 | 6,102.25 | 1,974.91 |
| 2 - 28 - 2030 | 24,600.00 | 12,792.00 | 6,765.00 | 2,189.40 |
| 2 - 28 - 2031 | 27,210.00 | 14,149.20 | 7,482.75 | 2,421.69 |
| 2 - 28 - 2032 | 30,010.00 | 15,605.20 | 8,252.75 | 2,670.89 |
| 2 - 28 - 2033 | 33,060.00 | 17,191.20 | 9,091.50 | 2,942.34 |
| 2 - 28 - 2034 | 36,450.00 | 18,954.00 | 10,023.75 | 3,244.05 |
| 2 - 28 - 2035 | 40,250.00 | 20,930.00 | 11,068.75 | 3,582.25 |
| 2 - 28 - 2036 | 44,610.00 | 23,197.20 | 12,267.75 | 3,970.29 |
| 2 - 28 - 2037 | 49,630.00 | 25,807.60 | 13,648.25 | 4,417.07 |
| 2 - 28 - 2038 | 55,330.00 | 28,771.60 | 15,215.75 | 4,924.37 |
| 2 - 28 - 2039 | 61,580.00 | 32,021.60 | 16,934.50 | 5,480.62 |
| 2 - 28 - 2040 | 68,270.00 | 35,500.40 | 18,774.25 | 6,076.03 |
| 2 - 28 - 2041 | 75,330.00 | 39,171.60 | 20,715.75 | 6,704.37 |
| 2 - 28 - 2042 | 82,700.00 | 43,004.00 | 22,742.50 | 7,360.30 |
| 2 - 28 - 2043 | 90,440.00 | 47,028.80 | 24,871.00 | 8,049.16 |
| 2 - 28 - 2044 | 98,790.00 | 51,370.80 | 27,167.25 | 8,792.31 |
| 2 - 28 - 2045 | 108,010.00 | 56,165.20 | 29,702.75 | 9,612.89 |
| 2 - 28 - 2046 | 118,350.00 | 61,542.00 | 32,546.25 | 10,533.15 |
| 2 - 28 - 2047 | 130,010.00 | 67,605.20 | 35,752.75 | 11,570.89 |
| 2 - 28 - 2048 | 142,940.00 | 74,328.80 | 39,308.50 | 12,721.66 |
| 2 - 28 - 2049 | 156,880.00 | 81,577.60 | 43,142.00 | 13,962.32 |
| 2 - 28 - 2050 | 179,490.00 | 93,334.80 | 49,359.75 | 15,974.61 |
| 2 - 28 - 2051 | 204,020.00 | 106,090.40 | 56,105.50 | 18,157.78 |
| 2 - 28 - 2052 | 230,260.00 | 119,735.20 | 63,321.50 | 20,493.14 |
| 2 - 28 - 2053 | 253,140.00 | 131,632.80 | 69,613.50 | 22,529.46 |
| 2 - 28 - 2054 | 277,240.00 | 144,164.80 | 76,241.00 | 24,674.36 |
| 2 - 28 - 2055 | 302,910.00 | 157,513.20 | 83,300.25 | 26,958.99 |

## CURRENT PREMIUM BY METHOD OF PREMIUM PAYMENT

| Beginning As Of<br>Mo  Day  Year | Annual | Semiannual | Quarterly | Bank<br>Service Plan |
|---|---|---|---|---|
| 2 - 28 - 2056 | 330,630.00 | 171,927.60 | 90,923.25 | 29,426.07 |
| 2 - 28 - 2057 | 361,340.00 | 187,896.80 | 99,368.50 | 32,159.26 |
| 2 - 28 - 2058 | 397,550.00 | 206,726.00 | 109,326.25 | 35,381.95 |
| 2 - 28 - 2059 | 445,110.00 | 231,457.20 | 122,405.25 | 39,614.79 |
| TO |  |  |  |  |
| 2 - 28 - 2060 |  |  |  |  |

## GUARANTEED MAXIMUM PREMIUM BY METHOD OF PREMIUM PAYMENT

| Beginning As Of Mo - Day - Year | Annual | Semiannual | Quarterly | Bank Service Plan |
|---|---|---|---|---|
| 2 - 28 - 2001 | $1,290.00 | $670.80 | $354.75 | $114.81 |
| 2 - 28 - 2002 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2003 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2004 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2005 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2006 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2007 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2008 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2009 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2010 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2011 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2012 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2013 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2014 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2015 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2016 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2017 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2018 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2019 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2020 | 1,290.00 | 670.80 | 354.75 | 114.81 |
| 2 - 28 - 2021 | 18,180.00 | 9,453.60 | 4,999.50 | 1,618.02 |
| 2 - 28 - 2022 | 19,960.00 | 10,379.20 | 5,489.00 | 1,776.44 |
| 2 - 28 - 2023 | 21,940.00 | 11,408.80 | 6,033.50 | 1,952.66 |
| 2 - 28 - 2024 | 24,160.00 | 12,563.20 | 6,644.00 | 2,150.24 |
| 2 - 28 - 2025 | 26,640.00 | 13,852.80 | 7,326.00 | 2,370.96 |
| 2 - 28 - 2026 | 29,400.00 | 15,288.00 | 8,085.00 | 2,616.60 |
| 2 - 28 - 2027 | 32,580.00 | 16,941.60 | 8,959.50 | 2,899.62 |
| 2 - 28 - 2028 | 36,180.00 | 18,813.60 | 9,949.50 | 3,220.02 |
| 2 - 28 - 2029 | 40,180.00 | 20,893.60 | 11,049.50 | 3,576.02 |
| 2 - 28 - 2030 | 44,560.00 | 23,171.20 | 12,254.00 | 3,965.84 |
| 2 - 28 - 2031 | 49,300.00 | 25,636.00 | 13,557.50 | 4,387.70 |
| 2 - 28 - 2032 | 54,380.00 | 28,277.60 | 14,954.50 | 4,839.82 |
| 2 - 28 - 2033 | 59,900.00 | 31,148.00 | 16,472.50 | 5,331.10 |
| 2 - 28 - 2034 | 66,020.00 | 34,330.40 | 18,155.50 | 5,875.78 |
| 2 - 28 - 2035 | 72,940.00 | 37,928.80 | 20,058.50 | 6,491.66 |
| 2 - 28 - 2036 | 80,840.00 | 42,036.80 | 22,231.00 | 7,194.76 |
| 2 - 28 - 2037 | 89,960.00 | 46,779.20 | 24,739.00 | 8,006.44 |
| 2 - 28 - 2038 | 100,280.00 | 52,145.60 | 27,577.00 | 8,924.92 |
| 2 - 28 - 2039 | 111,620.00 | 58,042.40 | 30,695.50 | 9,934.18 |
| 2 - 28 - 2040 | 123,740.00 | 64,344.80 | 34,028.50 | 11,012.86 |
| 2 - 28 - 2041 | 136,540.00 | 71,000.80 | 37,548.50 | 12,152.06 |
| 2 - 28 - 2042 | 149,920.00 | 77,958.40 | 41,228.00 | 13,342.88 |
| 2 - 28 - 2043 | 163,960.00 | 85,259.20 | 45,089.00 | 14,592.44 |
| 2 - 28 - 2044 | 179,100.00 | 93,132.00 | 49,252.50 | 15,939.90 |
| 2 - 28 - 2045 | 195,820.00 | 101,826.40 | 53,850.50 | 17,427.98 |
| 2 - 28 - 2046 | 214,560.00 | 111,571.20 | 59,004.00 | 19,095.84 |
| 2 - 28 - 2047 | 235,700.00 | 122,564.00 | 64,817.50 | 20,977.30 |
| 2 - 28 - 2048 | 259,140.00 | 134,752.80 | 71,263.50 | 23,063.46 |
| 2 - 28 - 2049 | 284,420.00 | 147,898.40 | 78,215.50 | 25,313.38 |
| 2 - 28 - 2050 | 310,960.00 | 161,699.20 | 85,514.00 | 27,675.44 |
| 2 - 28 - 2051 | 338,420.00 | 175,978.40 | 93,065.50 | 30,119.38 |
| 2 - 28 - 2052 | 366,380.00 | 190,517.60 | 100,754.50 | 32,607.82 |
| 2 - 28 - 2053 | 394,720.00 | 205,254.40 | 108,548.00 | 35,130.08 |
| 2 - 28 - 2054 | 423,840.00 | 220,396.80 | 116,556.00 | 37,721.76 |
| 2 - 28 - 2055 | 454,160.00 | 236,163.20 | 124,894.00 | 40,420.24 |

## GUARANTEED MAXIMUM PREMIUM BY METHOD OF PREMIUM PAYMENT

| Beginning As Of Mo Day Year | Annual | Semiannual | Quarterly | Bank Service Plan |
|---|---|---|---|---|
| 2 - 28 - 2056 | 486,380.00 | 252,917.60 | 133,754.50 | 43,287.82 |
| 2 - 28 - 2057 | 521,700.00 | 271,284.00 | 143,467.50 | 46,431.30 |
| 2 - 28 - 2058 | 563,560.00 | 293,051.20 | 154,979.00 | 50,156.84 |
| 2 - 28 - 2059 TO 2 - 28 - 2060 | 619,720.00 | 322,254.40 | 170,423.00 | 55,155.08 |

Page 3 continued

1663000000

Premium payment selected includes a Policy Fee of $60.00

Premium Due Date - The date of issue and each TWELVE MONTHS thereafter for the years payable shown above.

# DEFINITIONS

**Age** means age last birthday.

**Beneficiary** means the person, persons or entity named by the owner to receive the death benefit of this policy.

**Death Benefit** means the face amount of this policy,
 plus

    (a) any benefits provided by riders and
    (b) any premium refund,

minus

    (a) any premium deduction.

**Executive Officer** means the president, vice presidents, assistant vice president, the secretary or assistant secretary of United of Omaha Life Insurance Company.

**Expiration Date** shown on the data page.

**Interest** means interest compounded annually.

**Our, Us, We** refers to United of Omaha Life Insurance Company, P.O. Box 2476, Omaha, NE 68103.

**Owner** means:
    (a) the Insured, or
    (b) the applicant if a person other than the Insured applied for this policy; or
    (c) the assignee of record in the case of an assignment of ownership.

**Payee** means the person who receives payments under this policy.

**Proceeds** means the death benefit.

**Rider** means a policy provision added to this policy to expand or limit the benefits payable.

**You, Your** refers to the owner of this policy.

# GENERAL PROVISIONS

## The Contract

The entire contract is this policy, any riders and the signed application, a copy of which is attached. All statements made in the application will be deemed representations and not warranties. No statement, unless it is in the application, will be used by us to contest this policy or deny a claim.

Any change of this policy requires the written consent of an executive officer.

## Incontestability

We will not contest the validity of this policy after it has been in force during the lifetime of the Insured for two years from the date of issue.

### Misstatement of Age or Sex

If the age or sex of the Insured has been misstated, the amount payable will be that which the premium would have bought at the correct age and sex.

### Policy Dates

The following dates are measured from the date of issue:

    (a) policy months;
    (b) policy years;
    (c) policy anniversaries;
    (d) the expiration date; and
    (e) premium due dates.

### Nonparticipating

No dividends will be paid. This policy will not share in our surplus earnings or profits.

# EXCLUSION

### Suicide

The death benefit will not be paid if the Insured's death results from suicide, while sane or insane, within two years from the date of issue. Instead, we will pay the sum of the premiums paid.

# PREMIUMS AND REINSTATEMENT

### Consideration

The consideration for this policy is the application and the payment of the first premium. The policy will remain in force if the premiums are paid as shown on page 3.

### Payment of Premiums

Premiums are payable in advance at our Home Office or to an authorized agent on or before the due date. Premiums may be paid:

    (a) annually;
    (b) semiannually;
    (c) quarterly; or
    (d) at other intervals offered by us.

A receipt signed by an executive officer will be provided upon request.

### Renewal Privilege

This policy may be renewed for successive one-year periods until the expiration date shown on page 3. The current renewal premiums and the guaranteed maximum renewal premiums are shown on page 3. Current renewal premiums are subject to premium redetermination after the twentieth policy year as described in the Premium Redetermination provision, but will never exceed the guaranteed maximum premiums. We will

notify you before the beginning of a policy year if the premium for that year will differ from the current renewal premium shown on page 3.

### Premium Redetermination

We may change current renewal premiums. The guaranteed maximum premiums will never change.

We will not redetermine the current renewal premiums because of a change in the health, occupation or avocation of the Insured. The current renewal premiums will be identical for policies issued in the same calendar year on Insureds of the same risk class. Premiums, as used above, refers only to the premiums for this policy. Rider premiums are in addition to the policy premiums and will not be affected by redetermination.

### Grace Period

We will allow a grace period of 31 days for the payment of each premium except the first. This policy will remain in force during the grace period. If the Insured dies on the premium due date or during the grace period, the premium for the policy month in which death occurs will be deducted in determining the death benefit.

### Nonpayment of Premiums

If any premium is not paid by the end of the grace period, this policy will terminate as of the due date. You may reinstate this policy to a premium-paying basis by meeting the requirements of the **Reinstatement** provision.

### Reinstatement

Prior to the expiration date, this policy may be reinstated within five years of the due date of the unpaid premium.

Reinstatement is subject to the following:

  (a) written application signed by the owner and the Insured;
  (b) furnishing evidence of insurability satisfactory to us; and
  (c) payment of all past due premiums with interest at the rate of 6% and the premium from the beginning of the policy month in which reinstatement occurs to the next premium due date.

### Premium Refund at Death

Any premium paid for the period beyond the policy month in which the Insured dies will be paid as part of the death benefit. The refund will not include premiums waived under a Disability Waiver of Premium Rider.

## POLICYOWNER AND BENEFICIARY

### Ownership

While the Insured is alive, only the owner may exercise the rights under this policy. Ownership may be changed as stated in the Change of Ownership and Assignments provision.

## Beneficiary

The beneficiary is named by the owner and may be changed as described in the Beneficiary Change provision unless you tell us the beneficiary is irrevocable.

## Beneficiary Change

To change the beneficiary, send a written request to us. When recorded and acknowledged by us, the change will be effective as of the date you signed the request. The change will not apply to any payments made or other action taken by us before recording.

## Change of Ownership and Assignments

You may change the ownership of this policy or pledge it as collateral by assigning it. No assignment will be binding on us until we record and acknowledge it. The right of any beneficiary will be subject to a collateral assignment.

If the beneficiary of this policy is irrevocable, a change of ownership or a collateral assignment may be made only by joint request from you and the beneficiary.

# CONVERSION

## Conversion Privilege

This policy may be converted at any time to a new policy on the life of the Insured, if the Insured has not then attained age 75. No evidence of insurability will be needed. The new policy may be any form of whole life insurance being issued by us at that time with a minimum required premium greater than the current premium for this policy at the time of conversion. The face amount of the new policy may not be greater than the face amount of this policy.

Conversion is subject to:

    (a) this policy being in force;
    (b) return of this policy to us;
    (c) receipt by us of an application for conversion signed by you; and
    (d) payment of the required premium for the new policy.

The new policy will be based on the Insured's age at the time of conversion. The form and rate will be those being used by us for the same risk class as this policy. Any premium paid for this policy beyond the date of conversion will be refunded.

If this policy has any rider benefits, they may be included in the new policy only at our option. Premiums for the new policy will not be waived because of any existing disability.

Form 6182L-0696                                              Page 8

# PAYOUT OPTIONS FOR PAYMENT OF POLICY PROCEEDS

### General Conditions

While the Insured is alive, you may choose to have the proceeds paid in one sum or under any of the options for payment shown in the **Payout Options** provision.

We reserve the right to pay the proceeds in one sum when the proceeds are less than a minimum amount established by us, or when the method of payment chosen would result in periodic payments lower than a minimum established by us. Payees must be individuals who receive payments in their own behalf unless otherwise agreed to by us. Any option chosen will be effective when we acknowledge it. The option chosen will no longer be effective if the beneficiary or beneficiaries:

   (a) die before the Insured; or
   (b) are changed after the option is chosen.

Proof of age or survival of the payee may be required by us.

Unless you have directed otherwise, the payee may:

   (a) choose the option for payment;
   (b) change or name the persons who are to receive any proceeds remaining at the death of the payee;
   (c) withdraw all or part of any proceeds remaining under Option 1; or
   (d) withdraw the present value of any remaining payments under Option 2 or 3.

The guaranteed rate of interest used in these optional methods is 3%. Additional interest may be paid or credited annually for Option 1,2 or 3 using a procedure approved by the Board of Directors.

When the last payee dies, we will pay to the estate of that payee any amount on deposit, or the then present value of any remaining guaranteed payments. The present value will be based on interest at 3% unless Option 4 shown in the **Payout Options** provision has been chosen and basis (ii) has been used to compute the monthly income. If basis (ii) has been used, the present value will be based on the interest rate used in a Single Premium Immediate Annuity policy available from us at the time the option becomes effective.

### Payout Options

**1. Proceeds Held on Deposit at Interest**

   While the proceeds are held by us, we will annually:

   (a) pay interest to the payee; or
   (b) add interest to the proceeds.

**2. Income of a Specified Amount**

   The proceeds will be paid in installments of a specified amount until the proceeds, with interest, have been fully paid.

**3. Income for a Specified Period**

The proceeds will be paid in installments for the number of years chosen. The monthly incomes for each $1,000 of proceeds, shown in the following table, include interest. We will provide the income amounts for payments other than monthly upon request.

| Years Chosen | Monthly Income | Years Chosen | Monthly Income | Years Chosen | Monthly Income |
|---|---|---|---|---|---|
| 1 | $84.47 | 8 | $11.68 | 15 | $6.87 |
| 2 | 42.86 | 9 | 10.53 | 16 | 6.53 |
| 3 | 28.99 | 10 | 9.61 | 17 | 6.23 |
| 4 | 22.06 | 11 | 8.86 | 18 | 5.96 |
| 5 | 17.91 | 12 | 8.24 | 19 | 5.73 |
| 6 | 15.14 | 13 | 7.71 | 20 | 5.51 |
| 7 | 13.16 | 14 | 7.26 | | |

**4. Lifetime Income**

The proceeds will be paid as monthly income for as long as the payee lives. The following guarantees are available:

(a) **Guaranteed Period** - The monthly income will be paid for a minimum of 10 years and as long thereafter as the original payee lives; or

(b) **Guaranteed Amount** - The monthly income will be paid until the sum of all payments equals the proceeds placed under this method and as long thereafter as the original payee lives.

The monthly income will be the amount computed using one of the following bases: (i) the Lifetime Monthly Income Table on page 11 based on 3% guaranteed interest rate and the 1983 Table A mortality table; or, if more favorable to the payee, (ii) our then current lifetime monthly income rates for payment of policy proceeds.

**5. Lump Sum**

The proceeds will be paid in one sum.

**6. Alternative Schedule**

Upon request and if available, we will provide lifetime income amounts for payments less frequent than monthly, other guaranteed periods or for joint and survivor payees.

## Lifetime Monthly Income Table for Option 4

## Monthly Income for Each $1,000 of Proceeds

| Age Last Birthday of Payee | Guaranteed Period | | Guaranteed Amount | | Age Last Birthday of Payee | Guaranteed Period | | Guaranteed Amount | | Age Last Birthday of Payee | Guaranteed Period | | Guaranteed Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | | Male | Female | Male | Female | | Male | Female | Male | Female |
| 7 and under | $2.84 | $2.77 | $2.83 | $2.76 | | | | | | | | | | |
| 8 | 2.85 | 2.78 | 2.84 | 2.77 | 34 | $3.40 | $3.23 | $3.36 | $3.20 | 60 | $5.14 | $4.66 | $4.86 | $4.48 |
| 9 | 2.86 | 2.79 | 2.85 | 2.78 | 35 | 3.44 | 3.26 | 3.39 | 3.23 | 61 | 5.27 | 4.76 | 4.96 | 4.56 |
| 10 | 2.87 | 2.80 | 2.86 | 2.79 | 36 | 3.48 | 3.29 | 3.42 | 3.26 | 62 | 5.39 | 4.87 | 5.07 | 4.66 |
| 11 | 2.89 | 2.81 | 2.88 | 2.80 | 37 | 3.52 | 3.32 | 3.46 | 3.29 | 63 | 5.53 | 4.98 | 5.19 | 4.75 |
| 12 | 2.90 | 2.82 | 2.89 | 2.82 | 38 | 3.56 | 3.35 | 3.49 | 3.32 | 64 | 5.66 | 5.10 | 5.30 | 4.86 |
| 13 | 2.91 | 2.83 | 2.90 | 2.83 | 39 | 3.60 | 3.38 | 3.53 | 3.35 | 65 | 5.81 | 5.22 | 5.43 | 4.96 |
| 14 | 2.93 | 2.85 | 2.92 | 2.84 | 40 | 3.65 | 3.42 | 3.57 | 3.38 | 66 | 5.96 | 5.36 | 5.56 | 5.08 |
| 15 | 2.95 | 2.86 | 2.93 | 2.85 | 41 | 3.69 | 3.46 | 3.61 | 3.42 | 67 | 6.12 | 5.50 | 5.70 | 5.20 |
| 16 | 2.96 | 2.87 | 2.95 | 2.86 | 42 | 3.74 | 3.50 | 3.66 | 3.45 | 68 | 6.28 | 5.65 | 5.85 | 5.33 |
| 17 | 2.98 | 2.89 | 2.96 | 2.88 | 43 | 3.79 | 3.54 | 3.70 | 3.49 | 69 | 6.44 | 5.80 | 6.00 | 5.47 |
| 18 | 3.00 | 2.90 | 2.98 | 2.89 | 44 | 3.85 | 3.58 | 3.75 | 3.53 | 70 | 6.61 | 5.97 | 6.16 | 5.61 |
| 19 | 3.01 | 2.92 | 3.00 | 2.91 | 45 | 3.90 | 3.63 | 3.80 | 3.57 | 71 | 6.79 | 6.14 | 6.33 | 5.76 |
| 20 | 3.03 | 2.93 | 3.02 | 2.92 | 46 | 3.96 | 3.67 | 3.85 | 3.61 | 72 | 6.96 | 6.32 | 6.51 | 5.93 |
| 21 | 3.05 | 2.95 | 3.04 | 2.94 | 47 | 4.02 | 3.72 | 3.90 | 3.66 | 73 | 7.14 | 6.50 | 6.69 | 6.10 |
| 22 | 3.07 | 2.96 | 3.06 | 2.95 | 48 | 4.09 | 3.78 | 3.96 | 3.70 | 74 | 7.32 | 6.69 | 6.90 | 6.28 |
| 23 | 3.09 | 2.98 | 3.08 | 2.97 | 49 | 4.15 | 3.83 | 4.01 | 3.75 | 75 | 7.50 | 6.89 | 7.10 | 6.47 |
| 24 | 3.12 | 3.00 | 3.10 | 2.99 | 50 | 4.22 | 3.89 | 4.07 | 3.80 | 76 | 7.67 | 7.09 | 7.32 | 6.68 |
| 25 | 3.14 | 3.02 | 3.12 | 3.01 | 51 | 4.30 | 3.95 | 4.14 | 3.86 | 77 | 7.84 | 7.29 | 7.54 | 6.90 |
| 26 | 3.16 | 3.04 | 3.14 | 3.02 | 52 | 4.37 | 4.01 | 4.20 | 3.91 | 78 | 8.01 | 7.49 | 7.78 | 7.12 |
| 27 | 3.19 | 3.06 | 3.16 | 3.04 | 53 | 4.45 | 4.08 | 4.27 | 3.97 | 79 | 8.18 | 7.69 | 8.03 | 7.37 |
| 28 | 3.22 | 3.08 | 3.19 | 3.06 | 54 | 4.54 | 4.15 | 4.34 | 4.03 | 80 | 8.33 | 7.89 | 8.30 | 7.64 |
| 29 | 3.24 | 3.10 | 3.21 | 3.09 | 55 | 4.62 | 4.22 | 4.42 | 4.10 | 81 | 8.48 | 8.08 | 8.58 | 7.90 |
| 30 | 3.27 | 3.12 | 3.24 | 3.11 | 56 | 4.72 | 4.30 | 4.50 | 4.17 | 82 | 8.61 | 8.26 | 8.88 | 8.20 |
| 31 | 3.30 | 3.15 | 3.27 | 3.13 | 57 | 4.82 | 4.38 | 4.58 | 4.24 | 83 | 8.74 | 8.43 | 9.19 | 8.50 |
| 32 | 3.33 | 3.17 | 3.30 | 3.15 | 58 | 4.92 | 4.47 | 4.67 | 4.31 | 84 | 8.86 | 8.59 | 9.53 | 8.81 |
| 33 | 3.37 | 3.20 | 3.33 | 3.18 | 59 | 5.03 | 4.56 | 4.77 | 4.39 | 85 and over | 8.97 | 8.74 | 9.83 | 9.18 |

Form 6182L-0696

1667000000