UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV 15-7870 DMG (AJWx)                  Date: December 20, 2017

Title: <u>Jennifer Bentley v. United of Omaha Life Ins. Co., et al.</u>
==================================================================
PRESENT:    **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

           <u>    Kerri Hays    </u>              <u>         N/A         </u>
              Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                               None Present

**ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION AND ANSWERS TO INTERROGATORIES [Dkt. 114]**

The parties apparently agree that the motion involves a single issue: "whether [defendant] must identify the **beneficiaries** of the life insurance policies that are the subject of this putative class action prior to the time a motion for class certification is decided." [JS at 4:15-17]. Beneficiaries fall within the class definition pleaded by plaintiff. [JS at 3:21-4:3]. Therefore, information concerning them is relevant at this time and defendant must produce it now. Defendant's request that the court regulate plaintiff's contacts with beneficiaries [JS at 15:4-14] is rejected. The court trust plaintiff's counsel to adhere to the parameters suggested by the relevant cases cited by defendant. Plaintiff, of course, must keep the information concerning the beneficiaries confidential and use it only for the purpose of litigating this case. The motion is **granted**. Compliance within 14 days is required.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                                Initials of Deputy Clerk klh
CIVIL-GEN