Christopher Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Joseph M. Vanek (*pro hac vice*)
*jvanek@vaneklaw.com*
John P. Bjork (*pro hac vice*)
*jbjork@vaneklaw.com*
VANEK, VICKERS & MASINI, P.C.
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
Telephone: (312) 224-1500

*Attorneys for Plaintiff and the Class* [Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER BENTLEY, as trustee of the 2001 Bentley Family Trust, and others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED OF DEFENDANT LIFE INSURANCE COMPANY; and DOES 1 TO 50, inclusive,<br><br>Defendants. | **No. 15-cv-07870-DMG (AJWx)**<br><br>NOTICE OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF JENNIFER BENTLEY AS CLASS REPRESENTATIVE AND JOSEPH VANEK AND JASON ZWEIG AS CLASS COUNSEL<br><br>Hearing Date: March 30, 2018<br>Time: 9:30 a.m.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on March 30, 2018 at 9:30 am, or as soon thereafter as the matter can be heard, in the Courtroom of the Hon. Dolly M. Gee, located at United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, Plaintiff Jennifer Bentley, as Trustee of the 2001 Bentley Family Trust ("Plaintiff"), will and hereby does, move for an order a) certifying her putative class in this litigation; b) appointing Plaintiff as class representative; and c) appointing Joseph Vanek of Vanek Vickers & Masini and Jason Zweig of Hagens Berman Sobol & Shapiro as class counsel.

DATED: February 2, 2018              HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Christopher Pitoun*

Christopher Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292

Jason A. Zweig
*jasonz@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

|     |                                                    |
| --- | -------------------------------------------------- |
| 1   | Joseph M. Vanek                                    |
| 2   | *jvanek@vaneklaw.com*                              |
|     | John P. Bjork                                      |
| 3   | jbjork@vaneklaw.com                                |
| 4   | VANEK, VICKERS & MASINI, P.C.                      |
|     | 55 W. Monroe Street, Suite 3500                    |
| 5   | Chicago, IL 60603                                  |
|     | Telephone: 312-224-1500                            |
| 6   |                                                    |
| 7   | Paul E. Slater                                     |
|     | *pes@sperling-law.com*                             |
| 8   | SPERLING & SLATER, P.C.                            |
| 9   | 55 W. Monroe Street, Suite 3500                    |
|     | Chicago, IL 60603                                  |
| 10  | Telephone: (312) 641-3200                          |
| 11  |                                                    |
| 12  | David S. Klevatt                                   |
|     | *dklevatt@chicagolaw.biz*                          |
| 13  | KLEVATT & ASSOCIATES, LLC                          |
| 14  | 33 North LaSalle Street, Suite 2100                |
|     | Chicago, IL 60602-2619                             |
| 15  | Telephone: (312) 782-9090                          |
| 16  | *Attorneys for Plaintiff and the Class*            |

Plaintiff's Notice of Motion Motion for Class Certification and Appointment of Class Counsel and Class Representative