Christopher Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Joseph M. Vanek (*pro hac vice*)
*jvanek@vaneklaw.com*
John P. Bjork (*pro hac vice*)
*jbjork@vaneklaw.com*
VANEK, VICKERS & MASINI, P.C.
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
Telephone: (312) 224-1500

*Attorneys for Plaintiff and the Class*

[Additional Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER BENTLEY, as trustee of the 2001 Bentley Family Trust, and others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; and DOES 1 TO 50, inclusive,<br><br>Defendants. | **No. 15-cv-07870-DMG (AJWx)**<br><br>**DECLARATION OF JOHN P. BJORK IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: March 30, 2018<br>Time: 9:30 a.m.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8c |

# **DECLARATION OF JOHN P. BJORK**

I, John P. Bjork, declare as follows:

1. I am an attorney at the law firm of Vanek Vickers & Masini.

2. Among other jurisdictions, I am licensed in Illinois and Massachusetts, and I am admitted *pro hac vice* on behalf Plaintiff Jennifer Bentley ("Plaintiff") in this matter.

3. I make this declaration in connection with Plaintiff's Motion for Class Certification ("Motion").

4. I have personal knowledge of the facts declared herein.

5. On or around October 14, 2016 and March 23, 2017 respectively, Plaintiff served her First and Second Sets of Interrogatories and Requests for Production ("Written Discovery") on Defendant United of Omaha Life Insurance Company ("Defendant").

6. In response to Plaintiff's Written Discovery, Defendant produced the $1 million term life insurance policy Defendant issued to Plaintiff's husband, Mr. Eric Bentley ("Policy"). A true and accurate copy of the Policy produced by Defendant is attached hereto as "**Exhibit A**".

7. Plaintiff alleges the Policy was wrongfully terminated on or around October 28, 2014. A true and accurate copy the Policy termination letter attached to Plaintiff's complaint in support of this claim is attached as "**Exhibit B**"

8. As part of the development of her claims in this case, on December 13, 2017, Plaintiff's counsel conducted Rule 30(b)(6) corporate depositions of Defendant witnesses Mr. Dennis Kallenbach, (Senior Systems Business Consultant) and Ms. Kimberly Meyerring (Product and Advertising Compliance Consultant). True and accurate copies of the transcribed testimony of Mr. Kallenbach and Ms. Meyerring which Plaintiff is relying on in her Motion are attached hereto as "**Exhibit C**" and

1 "**Exhibit D**".

2     9. For the purpose of establishing her bad faith claims, Plaintiff issued subpoenas to life insurers to determine how they interpreted the applicability of the California Insurance Code sections 10113.71 and 10113.72 ("Statutes") to renewals and what actions they took to comply with the Statutes. A true and accurate copy of a declaration provided by insurer Northwestern Mutual Insurance in response to Plaintiff's subpoena is attached hereto as "**Exhibit E**".

    10. In response to Plaintiff's Written Discovery - in particular RFP and Interrogatories seeking the identity class members – Defendant provided Plaintiff with multiple lists reflecting, among other things, the number and identities of putative class members as well as their locations. A true and accurate copy of these lists are attached hereto as "**Exhibit F**".

    11. In support of her Motion, Plaintiff has attested to the facts in a declaration, a true and accurate copy of which, is attached hereto as "**Exhibit G**".

    12. In connection with Plaintiff's Motion, Plaintiff's counsel prepared an exhibit detailing their experience and qualifications, a true and accurate copy of which is attached hereto as "**Exhibit H**".

    13. Prior to the deposition of Plaintiff in this case by Defendant, Defendant issued subpoenas to lawyers involved in Plaintiff's divorce proceedings, true and accurate copies of which are attached hereto as "**Exhibit I**".

    14. I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on February 2, 2018

*/s/     John P. Bjork*

JOHN P. BJORK