Martin E. Rosen (SBN CA 108998)
mrosen@hinshawlaw.com
Larry M. Golub (SBN CA 110545)
lgolub@hinshawlaw.com
Jenny H. Wang (SBN CA 191643)
jwang@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
UNITED OF OMAHA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BENTLEY, as Trustee of the 2001 Bentley Family Trust,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 15-cv-07870-DMG (AJWx)<br><br>(Honorable Dolly M. Gee)<br><br>**DECLARATION OF VERONICA DOUGHERTY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: March 30, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8C<br><br>[Filed Concurrently With: (1) Opposition to Motion; (2) Declaration of Nancy Irvine; (3) Declaration of Larry M. Golub; (4) Index of Evidence; and (5) Proposed Order]<br><br>**EXHIBITS TO THIS DECLARATION ARE ATTACHED TO THE ACCOMPANYING INDEX OF EVIDENCE**<br><br>Discovery Cut-Off: May 22, 2018<br>Pre-Trial Conf. Date: August 28, 2018<br>Trial Date: September 25, 2018<br><br>Complaint Filed: August 27, 2015 |

# DECLARATION OF VERONICA DOUGHERTY

I, Veronica Dougherty, hereby declare as follows:

1. I am employed as a Business Systems Analyst in the Policyowner Services division of Mutual of Omaha Insurance Company ("Mutual of Omaha"). In that role, I perform services on behalf of Defendant United of Omaha Life Insurance Company ("United"), a wholly owned subsidiary of Mutual of Omaha. I have been employed by Mutual of Omaha for 38 years, all working in various positions within the Life Operations department of the Policyowner Services division. I have personal knowledge of the facts declared herein and if called upon to testify can and will testify competently thereto.

2. In my years working in Policyowner Services, I have been involved in all aspects of servicing life insurance and annuity policies from the point at which a policy has been issued until a policy is terminated by the payment of a claim or otherwise. This includes handling matters related to all forms of life insurance, including term, whole life, universal life, and other permanent life policies administered on multiple administrative computer systems. Throughout my career, I have handled elevated questions/concerns, explanation of benefits, payment histories, rate calculations, payment mode changes, policy terminations, loans, partial withdrawals, cash and loan surrenders, rider removals, ownership changes, beneficiary changes, agent changes, policy status inquiries, premium & interest payments, loan repayments, running illustrations, tax questions regarding life insurance policy gains, collateral assignments, external replacements, billing questions and refunds, process reviews and improvements, and compliance related matters

3. In preparing this declaration, I have reviewed the following materials: the two updated lists of policies produced by United (bates numbers United 1252-

1254) in response to Plaintiff's discovery requests, the two lists identifying the beneficiaries on the updated policy lists (bates numbers United 1255-1257), the correspondence between United and the 46 policyholders for the policies identified on the two updated policy lists (bates numbers United 627-649, United 673-826, and United 914-983), and the Business Events notes for the policies identified on the two updated policy lists (bates numbers United 984-1175).  Business Events notes are maintained by United in a computerized database that record certain events that occur in connection with a life insurance policy, such as communications with policyholders (including documenting telephone calls), policy status or beneficiary inquiries, premium frequency inquiries or changes, stopped payments from bank accounts, cancellations, and other items.  I was also the person who reviewed the files for the 46 policies contained on the two policy lists to determine the number (and identifying information) of beneficiaries that existed on each of those policies at the time they lapsed so that this information could be supplied to Plaintiff in this case. So that the analysis presented below can be easily seen, attached hereto as **Exhibit 1** is a true and correct copy of the two updated lists of policies produced by United (bates numbers United 1252-1254) in response to Plaintiff's discovery requests, which lists are identical to those attached as Exhibit F to Plaintiff's motion. For purposes of my review of the policies, I am aggregating the 45 policies issued in California with the one policy issued outside California contained on the updated lists and will refer to the total number of policies as 46.

   4. In examining the lists of 46 policies, the policy files for those policies and the Business Event notes for those policies, I have been able to determine the following facts.

    a. **<u>Policies that Lapsed Prior to December 31, 2013</u>**.  Twenty (20) policies lapsed prior to the end of 2013. These 20 policies are taken directly from the policy lists provided to Plaintiff in response to discovery requests and are the following:

| Policy No. | Lapse Date |
|---|---|
| 1) 8448979 | 07/28/2013 |
| 2) 5264660 | 12/20/2013 |
| 3) BU1105227 | 06/17/2013 |
| 4) BU1101313 | 04/28/2013 |
| 5) UA9179666 | 10/01/2013 |
| 6) UA7820542 | 12/01/2013 |
| 7) UR2663468 | 01/06/2013 |
| 8) UR2648669 | 02/07/2013 |
| 9) UR2627721 | 02/07/2013 |
| 10) UR2648784 | 01/08/2013 |
| 11) UR2674494 | 03/27/2013 |
| 12) UR2629776 | 04/02/2013 |
| 13) UR2671752 | 02/21/2013 |
| 14) UR2493480 | 12/07/2013 |
| 15) UR2583844 | 04/02/2013 |
| 16) UR2584816 | 04/06/2013 |
| 17) UR2681720 | 08/07/2013 |
| 18) UR2447251 | 02/09/2013 |
| 19) UR2654966 | 07/13/2013 |
| 20) UA7475318 | 11/01/2013 |

b. **Policies Failed to Reached Their Renewal Date in 2013**. Of the 19 policies listed above in subparagraph (a), eleven (11) of those policies terminated before and did not continue in force beyond the anniversary date that first occurred after January 1, 2013. These are the 11 policies, and I have listed in the last column what would have been the renewal date for each of these policies in 2013 had they not lapsed prior to that time:

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301195601v2 0977380

| Policy No. | Issue Date | Lapse Date | Anticipated 2013 Renewal Date |
|---|---|---|---|
| 1) UR2663468 | 12/06/2012 | 01/06/2013 | 12/06/2013 |
| 2) UR2648669 | 10/08/2012 | 02/07/2013 | 10/08/2013 |
| 3) UR2627721 | 09/07/2012 | 02/07/2013 | 09/07/2013 |
| 4) UR2648784 | 10/08/2012 | 01/08/2013 | 10/08/2013 |
| 5) UR2674494 | 11/27/2012 | 03/27/2013 | 11/27/2013 |
| 6) UR2629776 | 10/02/2012 | 04/02/2013 | 10/02/2013 |
| 7) UR2671752 | 11/21/2012 | 02/21/2013 | 11/21/2013 |
| 8) UR2583844 | 07/02/2012 | 04/02/2013 | 07/02/2013 |
| 9) UR2584816 | 07/06/2012 | 04/06/2013 | 07/06/2013 |
| 10) UR2681720 | 12/07/2012 | 08/07/2013 | 12/07/2013 |
| 11) UR2654966 | 11/02/2012 | 07/13/2013 | 11/02/2013 |

c. **Policy Not Issued or Delivered in California.** Of the 46 policies, one of the policies was not issued or delivered in California:

1) UA7475318

d. **Policies Where the Policyholder Asked United to Cancel the Policy.** Of the 46 policies, there are eleven (11) policies where the policyholder specifically informed United that he or she wished to cancel the policy. Collectively attached hereto as **Exhibit 2** is a true and correct copy of communications from policyholders or Business Events notes that confirm these ten policyholders asked to have their policies cancelled. For example, for the first policy listed below (No. 5264660), the policyholder faxed United and stated: "This is to inform you that as of the date above, I am cancelling my Life Insurance Policy #5264660. Please do not deduct any more funds from my bank account (Bank of the West)." (United 715-716). The same thing happened with Policy No. BU7427273 (United 982, 1164), where the letter stated, "I would

like to cancel my insurance policy (life) # BU7427273 as of Aug. 10, 2016. Thank you for your service." Another policyholder called United to cancel since the policyholder "has other insurance," and United was not able to conserve (*i.e.*, retain) this policy. (No. UR2629776 (United 1081).) Yet another policyholder called United to cancel since the policy was "too expensive/can't afford," and United here, too, was not able to conserve this policy. (No. UR25838446 (United 1089).) Other policyholders called United to cancel the policy "due to premium increase" where the term policies had reached the end of their level guaranteed premium and the monthly premium would be increasing by seven or eight times. (No. BU1024242, increasing from $58.74 to $421.86 (United 1114); No. UA9227516, increasing from $150.41 to $1025.46 (United 1117); No. UA6883593, increasing from $97.23 to $789.88 (United 1126).) When a policyholder contacts United to cancel a policy, United does not refund premium, and the policy continues in force to the paid-to date, and when the policy terminates at the end of that period, United's system codes that event as a Lapse – Non Payment of Premium, not a cancellation (again, since United does not refund any premium). Additionally, when a policyholder requests a stop of automatic premium withdrawals from his or her bank account, United cancels that payment, but the policy stays in force until the paid-to date, and United's system codes that event as a Lapse – Non Payment of Premium at the end of that period. The 11 policies, with the specific bates number confirming the communication requesting cancellation by the policyholder, are the following, with those six (6) policies not listed in the subparagraphs above displayed in bold- faced text:

| Policy No. | Documents Requesting Cancellation |
|---|---|
| 1) 5264660 | United 715-716 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301195601v2 0977380

| | | |
|---|---|---|
| 2) | **9029321** | **United 930, 932, 1025, 1028** |
| 3) | **BU1127633** | **United 1044** |
| 4) | UA9179666 | United 1055-1056 |
| 5) | UR2629776 | United 1081 |
| 6) | UR2583844 | United 1088 |
| 7) | **BU1024242** | **United 1114** |
| 8) | **UA9227516** | **United 1117** |
| 9) | **UA6883593** | **United 1126** |
| 10) | **BU7427273** | **United 982, 1164** |
| 11) | UA7475318 | United 983, 1168 |

e. **Policy Lapsed Due to Inadequate Cash Value**. Of the 46 policies, there are six (6) non-term policies where the policy lapsed because the policyholder failed to make his or her interest payment on a loan obtained against the policy's cash value and there was insufficient value in the policy to cover the monthly charges under the policy as well as the loan interest charge. Collectively attached hereto as **Exhibit 3** is a true and correct copy of communications with policyholders or Business Events notes that confirm these policyholders had a loan in place and failed to pay the interest on their loan, which caused their policies to terminate due to inadequate cash value. When such an event occurs, United's computer system categorizes this as a Lapse – Non Payment of Premium. These six policies are the following and four (4) of them (in bold-faced text) are not listed in the subparagraphs above:

| | Policy No. | Documentation re Inadequate Cash Value |
|---|---|---|
| 1) | 8448979 | United 673, 676, 679, 985 |
| 2) | **7864066** | **United 680, 683, 686, 989-990** |
| 3) | **7997098** | **United 689, 693, 998-1000** |
| 4) | **5554559** | **United 914, 916, 919, 1016** |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301195601v2 0977380

  5) **7759088**  United 920, 923, 929, 1021-1022

  6) UA7820542 United 730, 1060

f. **Policies That Reached the End of their Guaranteed Level Premium Period**. When a term policy reaches the end of its guaranteed level premium period (which could be five, ten, fifteen or twenty years, depending on the term policy purchased), the policy's premium substantially increases (perhaps by 7 or 8 times), and it will continue to increase year after year. When the point of level guaranteed premiums ends, policyholders may decide to not continue the insurance coverage rather than pay the increased premium. In listed those policies where the insured specifically advised United that he or she wished to cancel their policy. However, some policyholders may simply stop paying the premiums and/or instruct their bank to stop allowing automatic withdrawals from their bank account rather than paying the higher premium to continue the coverage. United's computer system then categorizes this as a Lapse – Non Payment of Premium. Of the 46 policies on the policy lists, there are eight (8) term policies that lapsed at the end of their level premium term where United has not been able to document a specific request to cancel, and two (2) of these policies (in bold face text) are not contained in one or more of the prior subparagraphs. These policies are taken directly from the policy lists and are the following:

| Policy No. | Issue Date | Lapse Date |
|---|---|---|
| 1) BU1105227 | 06/17/2003 | 06/17/2013 |
| 2) BU1127633 | 01/07/2005 | 01/07/2015 |
| 3) **BU1133356** | **04/14/2005** | **04/14/2015** |
| 4) BU1101313 | 04/28/2003 | 04/28/2013 |
| 5) BU1024242 | 08/12/1996 | 08/12/2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301195601v2 0977380

      6) UA9227516   06/01/2006   05/01/2016

      **7) BU1152776   07/14/2006   07/14/2016**

      8) UA6883593   11/01/1996   10/15/2016

5.   In reviewing the Face Amount Column of the policy lists, 21 of the 46 policies have face amounts of $50,000 (or actually, $49,725.11) or more, another 3 policies have face amounts at or above $20,000, and another 12 have face amounts of $10,000 or more. Only ten of the 46 policies have a face amount less than $10,000.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on February 22, 2018, at Omaha, Nebraska.

*Veronica Dougherty*
VERONICA DOUGHERTY