1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10

11  JENNIFER BENTLEY, as trustee of the
12  2001 Bentley Family Trust, and others
    similarly situated.

13                                      Plaintiffs,

14          v.

15  UNITED OF OMAHA LIFE
16  INSURANCE COMPANY; and DOES
    1 TO 50, inclusive,

17                                      Defendants.

18

Case No.: CV 15-7870-DMG (AJWx)

**ORDER APPROVING JOINT
STIPULATION AS TO JUDGMENT
AMOUNT AND SCHEDULE FOR
PETITION FOR ATTORNEYS' FEES
AND CLASS REPRESENTATIVE
INCENTIVE AWARD [179]**

19
20
21
22
23
24
25
26
27
28

On May 10, 2019, Plaintiff Jennifer Bentley, as Trustee of the 2001 Bentley Family Trust ("Plaintiff"), and Defendant United of Omaha Life Insurance Company ("Defendant") (jointly, the "Parties"), filed a Joint Stipulation as to Judgment Amount and a Schedule for Briefing on Plaintiff's Attorney Fee Petition and Petition for an Incentive Award.

Having considered the Parties' Joint Stipulation, and for good cause appearing, **IT IS HEREBY ORDERED** that the Joint Stipulation is **APPROVED**:

1. The Court approves the Parties' Stipulated Judgment Amount of $2,889,722.31 as of May 10, 2019 and increasing by $166.88 each day until final judgment is entered by the Court.

2. The Schedule for Plaintiff's Attorney's Fee and Incentive Award Petitions is as follows:

   - May 24, 2019.  Deadline for Plaintiff to file a fee petition and request for incentive award.

   - June 21, 2019.  Deadline for United's opposition to Plaintiff's fee petition and request for incentive award.

   - June 28, 2019.  Deadline for Plaintiff to file reply in support of fee petition and request for incentive award.

   - July 12, 2019 at 9:30 a.m.  Hearing on Plaintiff's fee petition and request for incentive award.

3. Following the Court's ruling on Plaintiff's Attorney's Fee and Incentive Award Petitions, the Parties will submit a final proposed judgment to the Court, so that the Court may enter a final Judgment in this action.

**IT IS SO ORDERED.**

DATED:  May 17, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE