Christopher Pitoun
*christopherp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Joseph M. Vanek (*pro hac vice*)
*jvanek@sperling-law.com*
John P. Bjork (*pro hac vice*)
*jbjork@sperling-law.com*
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 224-1500

*Attorneys for Plaintiff and the Class*
*Additional Counsel Listed on Signature Block*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BENTLEY,<br><br>               Plaintiff,<br><br>  v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY;<br><br>               Defendants. | No. 15-cv-07870-DMG (AJWx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: March 18, 2022<br>Time: 9:30 AM<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |

010631-11/1793472 V1

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2022 at 9:30 a.m. or as soon thereafter as the matter can be heard, in the Courtroom of the Hon. Dolly M. Gee, located at United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, Plaintiff Jennifer Bentley, as Trustee of the 2001 Bentley Family Trust (*Plaintiff*), will and hereby does, move under Federal Rule of Civil Procedure 23(e), for preliminary approval of a class action settlement and authorization to disseminate notice of the settlement to the class.[1]

Dated: February 15, 2022          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Christopher Pitoun*
   Christopher Pitoun (SBN 290235)
christopherp@hbsslaw.com
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Joseph M. Vanek
jvanek@sperling-law.com
John P. Bjork
jbjork@sperling-law.com
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

Jason A. Zweig
jaz@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza
Suite 4270
Chicago, IL 60606
Telephone: (312) 216-8667

---

[1] This motion is not opposed by the defendant, and therefore, no conference of counsel pursuant to L.R. 7-3 has taken place since none was necessary.

PL.'S NOTICE OF MOT. AND MOT. FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT
010631-11/1793472 V1                                     - 1 -

David S. Klevatt
david@insurancelawyer.com
KLEVATT & ASSOCIATES, LLC
77 West Wacker Drive, Suite 4500
Chicago, IL 60602-2619
Telephone: (312) 782-9090

*Attorneys for Plaintiff and the Class*