1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BENTLEY, as Trustee of the 2001 Bentley Family Trust,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. CV 15-7870-DMG (AJWx)<br><br>**AMENDED JUDGMENT** |

Having on this date issued an order granting Defendant's unopposed Motion to Correct Judgment [Doc. # 228], the Judgment [Doc. # 200] filed and entered on March 31, 2020 is vacated and superseded as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. Final Judgment is entered in favor of the Class and against United in the amount of $2,427,791.22 ("Final Judgment");
2. Class Counsel are granted attorneys' fees totaling 33.3% of the Final Judgment;
3. Class counsel shall be reimbursed their reasonable costs from the Final Judgment totaling $32,896.86; and
4. Plaintiff is granted an incentive award from the Final Judgment in the amount of $10,000.

DATED: March 17, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2