Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Joseph M. Vanek (*pro hac vice*)
jvanek@sperling-law.com
John P. Bjork (*pro hac vice*)
jbjork@sperling-law.com
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 224-1500

*Attorneys for Plaintiff and the Class*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BENTLEY,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE CO.,<br><br>            Defendants. | No. 15-cv-07870-DMG (AJWx)<br><br>PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT<br><br>Date: July 29, 2022<br>Time:  10:00 AM<br>Judge: Hon. Dolly M. Gee<br>Courtroom:  8C |

1

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 29, 2022 at 10 a.m., or as soon thereafter as the matter can be heard, in the Courtroom of the Hon. Dolly M. Gee, located at United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, Plaintiff Jennifer Bentley, as Trustee of the 2001 Bentley Family Trust (*Plaintiff*), will and hereby does, move under Federal Rule of Civil Procedure 23(e)(2), for final approval of a class action settlement.[1]

Dated: May 17, 2022            Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Christopher Pitoun*
Christopher Pitoun (SBN 290235)
christopherp@hbsslaw.com
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Joseph M. Vanek
jvanek@sperling-law.com
John P. Bjork
jbjork@sperling-law.com
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

---

[1] This motion is not opposed by the defendant, and therefore, no conference of counsel pursuant to L.R. 7-3 has taken place since none was necessary.

|    |                                                      |
|----|------------------------------------------------------|
| 1  |                                                      |
| 2  | Jason A. Zweig                                       |
| 3  | jaz@kellerpostman.com                                |
|    | KELLER POSTMAN LLC                                   |
| 4  | 150 N. Riverside Plaza                               |
|    | Suite 4270                                           |
| 5  | Chicago, IL 60606                                    |
|    | Telephone: (312) 216-8667                            |
| 6  |                                                      |
| 7  | David S. Klevatt                                     |
|    | david@insurancelawyer.com                            |
| 8  | KLEVATT & ASSOCIATES, LLC                            |
|    | 77 West Wacker Drive, Suite 4500                     |
| 9  | Chicago, IL 60602-2619                               |
| 10 | Telephone: (312) 782-9090                            |
| 11 | *Attorneys for Plaintiff and the Class*              |

3