Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Joseph M. Vanek (*pro hac vice*)
jvanek@sperling-law.com
John P. Bjork (*pro hac vice*)
jbjork@sperling-law.com
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 224-1500

*Attorneys for Plaintiff and the Class*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BENTLEY, as trustee of the 2001 Bentley Family Trust, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE CO.,<br><br>Defendant, | No. 15-cv-07870-DMG (AJWx)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND A SERVICE AWARD**<br><br>Date: July 29, 2022<br>Time: 10 a.m.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 29, 2022 at 10 a.m. or as soon thereafter as the matter can be heard, in the Courtroom of the Hon. Dolly M. Gee, located at United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, Plaintiff Jennifer Bentley, as Trustee of the 2001 Bentley Family Trust ("Plaintiff"), will and hereby does, move for Class Counsel attorneys' fees and costs and a class representative service award.[1]

Dated: May 17, 2022             Respectfully submitted,

                                HAGENS BERMAN SOBOL SHAPIRO LLP

                                By: /s/ Christopher Pitoun
                                Christopher Pitoun (SBN 290235)
                                christopherp@hbsslaw.com
                                301 North Lake Avenue, Suite 920
                                Pasadena, CA 91101
                                Telephone: (213) 330-7150

                                Joseph M. Vanek
                                jvanek@sperling-law.com
                                John P. Bjork
                                jbjork@sperling-law.com
                                SPERLING & SLATER, P.C.
                                55 W. Monroe Street, Suite 3200
                                Chicago, IL 60603
                                Telephone: 312-641-3200

---

[1] This motion is not opposed by the defendant, and therefore, no conference of counsel pursuant to L.R. 7-3 has taken place since none was necessary.

1

|   |   |
|---|---|
| 1 | Jason A. Zweig |
| 2 | jaz@kellerpostman.com |
|   | KELLER POSTMAN LLC |
| 3 | 150 N. Riverside Plaza |
|   | Suite 4100 |
| 4 | Chicago, IL 60606 |
| 5 | Telephone: (312) 216-8667 |
| 6 |   |
|   | David S. Klevatt |
| 7 | david@insurancelawyer.com |
| 8 | KLEVATT & ASSOCIATES, LLC |
|   | 77 West Wacker Drive, Suite 4500 |
| 9 | Chicago, IL 60602-2619 |
| 10 | Telephone: (312) 782-9090 |
| 11 |   |
|   | *Attorneys for Plaintiff and the Class* |